IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STATE OF KANSAS,              )<br>)<br>            Plaintiff,     )<br>)<br>v.                             )<br>)<br>DANIEL J. JACKSON,             )<br>)<br>            Defendant.    )<br>                               ) | CIVIL ACTION<br><br>No. 21-cv-1149-KHV |

### ORDER

This matter is before the Court on the Report And Recommendation (Doc. #6) of United States Magistrate Judge Gwynne E. Birzer filed November 15, 2021.  No objections were filed by defendant in response to the Magistrate Judge's proposed findings and recommendations.

**IT IS ORDERED** that the Court fully adopts Judge Birzer's Report And Recommendation (Doc. #6) and this matter is **REMANDED** to the District Court of Reno County, Kansas for further action.

**IT IS FURTHER ORDERED** that defendant's Application To Proceed In District Court Without Prepaying Fees Or Costs (Doc. #3) filed June 7, 2021 is **denied**.

Dated this 16th day of December, 2021 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge